SCHMIDT v. STANDARD STEEL CAR CO. (Circuit Court of Appeals, Second Circuit. February 3, 1913.) No. 186. In Error to the District Court of the United States for the Southern District of New York. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The parties having stipulated seasonably for settlement of the bill of exceptions, we are satisfied that the trial judge should have signed it, even though the term had expired. Waldron v. Waldron, 156 U. S. 361, 15 Sup. Ct. 383, 39 L. Ed. 453. Under the provisions of Rev. Stat. U. S. § 953, as amended by Act June 5, 1900, c. 717, § 1, 31 Stat. 270 (U. S. Comp. St. 1901, p. 696), the bill of exceptions may, in case of the disability of the trial judge, be signed by any other judge of the court in which the trial was had. We assume that the bill of exceptions in this case will be so signed, and, on being advised that it has been, are prepared to deny this motion.

---

SCHUMERT & WARFIELD, Limited, et al. v. SECURITY BREWING CO. (Circuit Court of Appeals, Fifth Circuit. March 12, 1913.) No. 2,444. In Error to and Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. For opinion below, see 199 Fed. 358. Henry L. Lazarus and Eldon S. Lazarus, both of New Orleans, for plaintiffs in error and appellants. Walter L. Gleason, of New Orleans, for defendant in error and appellee.

PER CURIAM. Dismissed on motion of defendant in error and appellee, for failure of plaintiffs in error and appellants to print the record.

---

SOUTH ATLANTIC TOWING CO. v. CHANEY et al. (Circuit Court of Appeals, Fifth Circuit. February 25, 1913.) No. 2,373. Appeal and Cross-Appeal from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. J. P. K. Bryan, of Charleston, S. C., for appellant and cross-appellee. Anton P. Wright, of Savannah, Ga., Edward E. Blodgett, of Boston, Mass., and Howard M. Long, of Philadelphia, Pa., for appellees and cross-appellants. Before PARDEE and SHELBY, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. In the opinion and finding of a majority of the judges, this case was correctly ruled and decided in the District Court. The Marie Palmer, 191 Fed. 79. The decree appealed from is therefore affirmed. As both the appeal and cross-appeal were prosecuted on one transcript, the costs of this court will be paid by the appellant and cross-appellants equally.